UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TVI, INC., <br> d/b/a Savers or Value Village, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> INFOSOFT TECHNOLOGIES, INC., <br><br> Defendant/Counterclaimant. | ) <br> ) <br> ) <br> )    Case No.: 4:06CV00697JCH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court, having duly considered the Motion for Leave to File Infosoft's First Amended Answer and Counterclaims, all papers submitted in support and opposition thereof, any oral arguments thereon, finds the motion to be meritorious;

IT IS HEREBY ORDERED that the motion is GRANTED, and the attached First Amended Answer and Counterclaims shall be filed by the Clerk of the Court.

DONE and ENTERED this ___9th___ day of ___2006___, 2006.

_____
HONORABLE JEAN C. HAMILTON
UNITED STATES DISTRICT COURT JUDGE