927 Horan Dr. St. Louis, MO 63026
Ph. 636-600-4070 Fax 636-600-4077



June 29, 2005

Dave Miller
TVI, Inc.
11400 SE 6th Street
Bellevue, WA 98004

Dear Dave,

We are excited to extend TVI, Inc., the following offer for the purchase of 650 refurbished B-452 printers:

> Savers cost is $500 per printer including the parallel port. This would include the following:
>
> 1. Printers changed from 12v to 120v powers supplies
> 2. Refurbish and testing
> 3. Procure label feed spools
> 4. Remove locking plate and add rubber feet
> 5. 2 year warranty on printer begins on delivery
> 6. 6 month warranty on print head begins on delivery
> 7. InfoSoft Technologies will give TVI, Inc. a minimum of 100 but up to 200 extra printers at no charge to use as backups, depending on parts availability. These printers would not have feed spools, but would be equipped with the 120 volt power supplies. These printers will be shipped to the stores of TVI, Inc.'s choosing. The same warranty applies to these printers.

Your total P.O. would be $325,000. Shipping to stores billed separately. This is to be paid by July 15, 2005. Printers will be stored at InfoSoft Technologies until needed.

As stated last week, the timing on the procurement of these printers is tight, so acceptance of this deal is needed by Wednesday, June 29, 2005.

Please sign below and return before end of business today.

Regards,

J. Bradley Jarrett
President

Authorized TVI, Inc. signature _David O. Mill_   Date _6/29/05_

EXHIBIT D



**INFOSoft Technologies**
927 Horan Drive
Fenton, MO 63026

1/2

# Invoice

| Date | Invoice # |
|---|---|
| 7/12/2005 | 205485 |

| Bill To |
|---|
| TVI, Inc.<br>Attn: Act. Payable<br>11400 SE 6th Street<br>Bellevue, WA 98004 |

| Ship To |
|---|
| TVI, Inc.<br>Attn: Act. Payable<br>11400 SE 6th Street<br>Bellevue, WA 98004 |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date | Ship Via | Project |
|---|---|---|---|---|---|---|
| 531 | 3611 6/29/05 | SEE BELOW | BJ | 7/12/2005 | | |

| Item | Description | Invoiced | Rate | Amount |
|---|---|---|---|---|
| B452-TS10-QQ-HD | B452 PRINTER REFURB<br><br>Terms: Full Payment due by 7/15/05 | 643 | 500.00 | 321,500.00T |

*Handwritten notes:*
Cap Ex
1840 - Price Ticket Printers
OK to pay
[signature]
7/12/05
990 - 1400 - 000
Check # 494866
BH 7/13/05

| | |
|---|---|
| **Subtotal** | $321,500.00 |
| **Sales Tax** | $0.00 |
| **Total** | $321,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $321,500.00 |