UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TVI, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INFOSOFT TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | Case No. 4:06-CV-697 (JCH) |

## **JUDGMENT**

Pursuant to the Findings of Fact and Conclusions of Law entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in Plaintiff's favor on Counts II, III, IV, V, and VI of the Complaint in the amount of $1,051,313.74.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in Defendant's favor on Counts VI, VII, VIII, and IX of the Second Amended Counterclaim in the amount of $3,825.22.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff and Defendant are granted until **Friday, February 8, 2008**, in which to file briefs addressing the merits of their claims for pre-judgment interest, court costs, attorneys fees, and any other relief necessary to terminate this controversy. The parties shall articulate the precise values, and to the extent necessary the method of calculation, of their various claims. The parties shall then have until **Friday, February 15, 2008**, in which to file a response.

Dated this 28th day of January, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE