RECEIVED

SEP - 5 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TVI, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06-cv-697 JCH |
| ) | |
| INFOSOFT TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant(s). ) | |

### EXHIBIT RECEIPT

I have this date received all exhibits received in evidence (specifically Trial Exhibits), and shall retain said exhibits until the time for filing a Notice of Appeal has expired.

_____
Gerald K. Rodriguez
Husch Blackwell Sanders, LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105

Attorney For Plaintiff TVI, Inc.

DATE: 9/5/08